James H. Kaster, MN Bar No. 53946*
kaster@nka.com
David E. Schlesinger, AZ Bar No. 025224
schlesinger@nka.com
Lucas J. Kaster, MN # 396251*
lkaster@nka.com
Neil D. Pederson, MN Bar No. 0397628*
npederson@nka.com
NICHOLS KASTER, PLLP
4700 IDS Center
80 South Eighth Street
Minneapolis, MN  55402
Tel: (612) 256-3200
Fax: (612) 338-4878
(*admitted *pro hac vice*)

**Attorneys for Plaintiff Mark Brasier**


David Kennison*
dkennison@bairdholm.com
Scott P. Moore
spmoore@bairdholm.com
BAIRD HOLM LLP
1700 Farnam Street, Suite 1500
Omaha, NE 68102
Telephone:  402.636.8268
(*admitted pro hac vice)

**Attorneys for Defendant**
**UNION PACIFIC RAILROAD COMPANY**

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| Mark Brasier,<br><br>        Plaintiff,<br><br>    vs.<br><br>UNION PACIFIC RAILROAD COMPANY,<br><br>        Defendant. | Case No. 4:21-cv-00065-MSA<br><br>**JOINT SETTLEMENT STATUS REPORT** |

Pursuant to the Court's Scheduling Order, the parties submit their joint settlement status report as follows:

The parties have not engaged in any substantive settlement negotiations. The parties are almost complete with discovery and will assess their respective settlement positions at that time.

Date: May 26, 2022              **NICHOLS KASTER, PLLP**

s/Lucas J. Kaster
David E. Schlesinger (AZ # 025224)
    schlesinger@nka.com
James H. Kaster* (MN # 53946)
    kaster@nka.com
Lucas J. Kaster* (MN # 396251)
    lkaster@nka.com
Neil D. Pederson* (MN # 0397628)
    npederson@nka.com
80 South Eighth Street
4700 IDS Center
Minneapolis, Minnesota 55402-2242
Telephone: (612) 256-3200
Fax: (612) 338-4878

**ATTORNEYS FOR PLAINTIFF**

* admitted pro hac vice

Date: May 26, 2022              /s/ David P. Kennison
David P. Kennison
Scott P. Moore
BAIRD HOLM LLP
1700 Farnam Street, Suite 1500
Omaha, NE 68102
T: (402) 636.8268
F: (402) 344.0588
spmoore@bairdholm.com
dkennison@bairdholm.com

**ATTORNEYS FOR DEFENDANT**

1

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that on May 26, 2022, I electronically filed the foregoing with the Clerk of Court using CM/ECF system which sent notification of such filing to the following:

>James H. Kaster
>David E. Schlesinger
>Lucas J. Kaster
>Neil D. Pederson
>NICHOLS KASTER, PLLP
>4700 IDS Center
>80 South Eighth Street
>Minneapolis, MN 55402
>kaster@nka.com
>schlesinger@nka.com
>lkaster@nka.com
>npederson@nka.com

/s/ David P. Kennison

DOCS/2812988.2